United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3136WM

_____

Richard Evan Harms,                            *
                                               *
                    Appellant,                 *      Appeal from the United States
                                               *      District Court for the Western
        v.                                     *      District of Missouri.
                                               *
Internal Revenue Service,                      *           [UNPUBLISHED]
                                               *
                    Appellee.                  *

_____

Submitted:  April 20, 1998
Filed:  May 1, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

        Richard Evan Harms filed suit in the district court against the Internal Revenue
Service and the Federal Labor Relations Authority.  The district court dismissed both
defendants, and Harms appeals.  After careful review of the record and the parties'
briefs, we affirm the district court's dismissals.  See 8th Cir. R. 47B.


        A true copy.


        Attest:


                    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.